CHAPTER 13 TRUSTEE • JAN M. SENSENICH • P.O. BOX 1326 • NORWICH, VT 05055

| DEBTOR AND ACCOUNT NUMBER | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|
| 00-07-10066 RICHARD M. HOURIHAN | 5.25 | 0.00 | -5.25 |
| VERIZON PO BOX 25087 WILIMINGTON, DE 19802   UNCLAIMED FUNDS | | Claim #042 | |
| Totals: | 5.25 | 0.00 | |